UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANA HESS,<br>Plaintiff,<br>v.<br>COSTCO WHOLESALE CORPORATION,<br>Defendant. | Case No. 8:25-cv-02147-FWS-KES<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Report and Recommendation of the United States Magistrate Judge (Dkt. 36). No objections to the Report and Recommendation were filed, and the deadline for filing such objections has passed. The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

**IT IS THEREFORE ORDERED** that:

1. Costco's ex parte application (Dkt. 34) is **GRANTED** in part and **DENIED** in part;

2. Costco's sanction request is **DENIED** without prejudice to Costco filing a regularly noticed motion by September 22, 2026, to be heard by the Magistrate Judge without needing to comply with Local Rule 7-3;

3. Plaintiff's independent medical examination ("IME") is **COMPELLED** as follows:

    a. Costco shall obtain three dates when Dr. Fait is available to conduct Plaintiff's IME (at either his Long Beach or Downey office) and provide them promptly to Plaintiff's counsel by email;

    b. within 24 hours of receiving those dates, Plaintiff shall notify Costco by email which date she prefers;

    c. upon receipt of Plaintiff's notice, Costco shall promptly file a proposed order extending the fact discovery cutoff sufficiently to allow the IME to occur on the date picked by Plaintiff; and

    d. the Court will extend the fact discovery cutoff solely to allow the IME to occur on the date picked by Plaintiff.

**IT IS SO ORDERED**.

Dated: September 14, 2026

Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE